**Dismissed and Memorandum Opinion filed July 29, 2014**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00409-CV

### VIOLA PERFECTO CLARK, Appellant

### V.

### CORNEL TYRONE CLARK, Appellee

**On Appeal from the 245th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-08718**

# M E M O R A N D U M   O P I N I O N

This appeal is from a final decree of divorce signed April 25, 2014. Appellant filed a notice of appeal on May 27, 2014. To date, our records show that appellant has neither established indigence nor paid the $195.00 appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); Tex. R. App. P. 20.1 (listing requirements for establishing indigence); *see also* Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation,

Misc. Docket No. 13-9127 (Tex. Aug. 16, 2013) (listing fees in court of appeals); Tex. Gov't Code § 51.207 (same).

On June 12, 2014, this court notified appellant that the appellate filing fee was due and the appeal was subject to dismissal if the filing fee was not paid within ten days. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time). Appellant has not paid the appellate filing fee, and she did not respond to this court's order.

In addition, no clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record. On July 3, 2014, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). Appellant has not provided this court with proof of payment for the record or filed any response to this court's notice.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Donovan and Brown.